## NORTH AMERICAN INVESTMENT CORPORATION v. COMMISSIONER OF INTERNAL REVENUE.

### No. 8314.

Circuit Court of Appeals, Ninth Circuit.

March 16, 1938.

Stanley Pedder, of San Francisco, Cal., for petitioner.

James W. Morris, Asst. U. S Atty. Gen., for respondent.

1014

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court issue forthwith.